JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**BROOKLYN OFFICE**

## I. (a) PLAINTIFFS
SEE ATTACHED RIDER

Israel

**DEFENDANTS**
SEE ATTACHED RIDER

Washington, D.C.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert J. Tolchin, Esq., Jaroslawicz & Jaros, 150 William Street, 19th floor, New York, New York 10038

Attorneys (If Known)

**CV 04 3950**

**GLEESON**

**POLLAK, M.J.**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / Habeas Corpus: | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [X] 440 Other Civil Rights / [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | [ ] 550 Civil Rights / [ ] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

First, Fifth, Sixth, Eighth amendments to the US Constitution, Inter alia.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE: Gleeson
DOCKET NUMBER: 02 CV 2307

DATE: 9-13-04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## ARBITRATION CERTIFICATION

I, ROBERT TOLCHIN, counsel for PLAINTIFF do hereby certify pursuant to the Local Arbitration Rule 83.10 that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.

✓ Relief other than monetary damages is sought.

---

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks: NONE

Did the cause arise in Nassau or Suffolk County? NO

If answered yes, please indicate which county. _____

County of residence of plaintiff(s)   (1) ISRAEL
(2) _____
(3) _____

County of residence of defendant(s)   (1) WASHINGTON DC
(2) WASHINGTON, DC
(3) BROOKLYN

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

Yes ✓    No _____

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

Yes _____ (If yes, please explain)    No ✓

---

Please provide your E-MAIL Address and bar code below. Your bar code consists of the initials of your first and last name and the first four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.
(This information must be provided pursuant to local rule 11.1(b) of the civil rules).
ATTORNEY BAR CODE: RT3713

E-MAIL Address: RJT@TOLCHINLAW.COM

I consent to the use of electronic filing procedures adopted by the Court in Administrative Order No. 97-12, "In re Electronic Filing Procedures(EFP)", and consent to the electronic service of all papers.

Signature: [signature]

RIDER

The caption is as follows:

SILVAN KURZBERG; PAUL KURZBERG; YARON SHMUEL; and OMER GAVRIEL MARMARI,

Plaintiffs,

-against-

JOHN ASHCROFT, Attorney General of the United States; JAMES W. ZIGLAR (Former Commissioner of the Immigration and Naturalization Service); MICHAEL ZENK (Warden of the Metropolitan Detention Center); DENNIS HASTY (former Warden of the Metropolitan Detention Center) KATHLEEN HAWK SAWYER (former Director of the Federal Bureau of Prisons); LINDA THOMAS (former Associate Warden of Programs of the Metropolitan Detention Center); ROBERT MUELLER (Director of the Federal Bureau of Investigation); KEVIN LOPEZ (believed to be an employee of the Federal Bureau of Prisons); S. CHASE (believed to be an employee of the Federal Bureau of Prisons); "JORDAN" (believed to be an employee of the Federal Bureau of Prisons, whose true first and last names are unknown to the plaintiffs, who believe they heard him being called "Jordan") MARIO MACHADO (believed to be an employee of the Federal Bureau of Prisons); WILLIAM BECK (believed to be an employee of the Federal Bureau of Prisons); RICHARD DIAZ (believed to be an employee of the Federal Bureau of Prisons); C. SHACKS (first name unknown first name unknown, believed to be an employee of the Federal Bureau of Prisons); SALVATORE LOPRESTI (believed to be an employee of the Federal Bureau of Prisons); STEVEN BARRERE (believed to be an employee of the Federal Bureau of Prisons); JON OSTEEN (believed to be an employee of the Federal Bureau of Prisons); J. MIELES (first name unknown, believed to be an employee of the Federal Bureau of Prisons); MICHAEL DEFRANCISCO (believed to be an employee of the Federal Bureau of Prisons); F. JOHNSON (first name unknown, believed to be an employee of the Federal Bureau of Prisons); CHRISTPHOR WITSCHEL (believed to be an employee of the Federal Bureau of Prisons); MOSCHELLO (first name unknown, believed to be an employee of the Federal Bureau of Prisons); NORMAN (first name unknown, believed to be an employee of the Federal Bureau of Prisons); HOSAIN (first name unknown, believed to be an employee of the Federal Bureau of Prisons); MOUNBO (first name unknown, believed to be an employee of the Federal Bureau of Prisons); M. ROBINSON (first name unknown, believed to be an employee of the Federal Bureau of Prisons); TORRES (first name unknown, believed to be an employee of the Federal Bureau of Prisons) COUNSELOR RAYMOND COTTON (believed to be an employee of the Federal Bureau of Prisons); DR. LORENZO

(first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT BIRAR (first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT BUCK (first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT T. CUSH (first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT GUSS (first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT D. ORTIZ (first name unknown, believed to be an employee of the Federal Bureau of Prisons); LIEUTENANT J. PEREZ (first name unknown, believed to be an employee of the Federal Bureau of Prisons); UNIT MANAGER C. SHACKS (first name unknown, believed to be an employee of the Federal Bureau of Prisons); JOHN DOES 1-30, Metropolitan Detention Center Corrections Officers, "John Doe" being fictional first and last names, intended to be the corrections officers at the Metropolitan Detention Center who abused the plaintiffs and violated their rights, and whose identities are known to the defendants but at this time unknown to the plaintiffs; JOHN ROES 1-30, Federal Bureau of Investigation and/or Immigration and Naturalization Service Agents, "John Roe" being fictional first and last names, intended to be the corrections officers at the Metropolitan Detention Center who abused the plaintiffs and violated their rights, and whose identities are known to the defendants but at this time unknown to the plaintiffs,

          Defendants.

The defendants in this case, with their addresses, are:

JOHN ASHCROFT
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

JAMES W. ZIGLAR
Current address unknown to plaintiffs

MICHAEL ZENK
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

DENNIS HASTY
Federal Bureau of Prisons
320 First St., NW.
Washington, D.C. 20534

KATHLEEN HAWK SAWYER
Federal Bureau of Prisons
320 First St., NW.
Washington, D.C. 20534

LINDA THOMAS
Federal Bureau of Prisons
320 First St., NW.,
Washington, D.C. 20534

ROBERT MUELLER
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

KEVIN LOPEZ
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

S. CHASE
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

"JORDAN"
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

MARIO MACHADO
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

WILLIAM BECK
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

RICHARD DIAZ
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

C. SHACKS
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

SALVATORE LOPRESTI
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

STEVEN BARRERE
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

JON OSTEEN
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

J. MIELES
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

MICHAEL DEFRANCISCO
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

F. JOHNSON
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

CHRISTPHOR WITSCHEL
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

MOSCHELLO
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

NORMAN
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

HOSAIN
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

MOUNBO
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

M. ROBINSON
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

TORRES
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

COUNSELOR RAYMOND COTTON
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

DR. LORENZO
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT BIRAR
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT BUCK
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT T. CUSH
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT GUSS
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT D. ORTIZ
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

LIEUTENANT J. PEREZ
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

UNIT MANAGER C. SHACKS
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

JOHN DOES 1-30
MDC Brooklyn
80 29th Street
Brooklyn, New York 11232

JOHN ROES 1-30
c/o Immigration and Naturalization Service
U.S. Department of Homeland Security
Washington, D.C. 20528