IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 19 2005 ★
BROOKLYN OFFICE

SILVAN KURZBERG, et al.,

    Plaintiffs,

v.

JOHN ASHCROFT, Attorney General of the United States, et al.,

    Defendants.

No. CV-04-3950 (JG)(SMG)

## [PROPOSED] ORDER

The motion for admission of Michael L. Martinez to practice pro hac vice in the above-captioned matter is granted. The admitted attorney is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms Mr. Martinez's appearance as counsel in this case, for Defendant Dennis Hasty, and it will be entered on the Court's docket. A notation of his admission pro hac vice for the above-listed case will be made on the roll of attorneys.

Mr. Martinez must serve a copy of this Order on all other counsel in this case.

Dated: 4/19/06

s/John Gleeson
The Honorable John Gleeson
United States District Judge

cc: Michael L. Martinez, Esq.
    Court File